UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
7/9/09

PFIZER INC., *et al.*,

                Plaintiffs,

-v-

TEVA PHARMACEUTICALS USA INC., *et al.*,

                Defendants.

No. 09 Civ. 3965 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiffs, dated July 8, 2009, informing the Court that the "parties are engaged in substantial on-going settlement discussions," and requesting an adjournment of the initial status conference currently scheduled for July 15, 2009 at 9:30 a.m.

    Plaintiffs' request is granted. The July 15, 2009 conference is adjourned until Wednesday, September 9, 2009 at 3:30 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. The parties shall jointly submit the initial status letter and proposed Case Management Plan and Scheduling Order, as described in this Court's June 18, 2009 order, which must be *received* by the Court no later than Wednesday, August 26, 2009. If the parties are able to reach a settlement, they may instead jointly submit a stipulation of settlement, which also must be *received* by the Court no later than Wednesday, August 26, 2009. All letters are to be submitted to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:     July 9, 2009
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE