UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PFIZER INC., *et al.*,

                Plaintiffs,

-v-

TEVA PHARMACEUTICALS USA INC., *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/09

No. 09 Civ. 3965 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated by the Court at the conference held before it on September 9, 2009, it is hereby ordered that, no later than September 30, 2009, (1) the Parties submit a joint stipulation of settlement, or (2) Defendants file an answer to Plaintiffs' complaint.

ORDERED.

Dated:      September 9, 2009
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE