UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/09

PFIZER INC., *et al.*,

                    Plaintiffs,

-v-

TEVA PHARMACEUTICALS USA INC., *et al.*,

                    Defendants.

No. 09 Civ. 3965 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

It having been reported to the Court that this action has been resolved,

IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this Order, any party may apply by letter within the sixty day period for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

ORDERED.

Dated:      December 8, 2009
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE